UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FIRST STUDENT, INC.<br><br>                          Plaintiff,<br><br>v.<br><br>BATH SCHOOL DEPARTMENT AND CITY OF BATH<br><br>                          Defendants | CIVIL ACTION<br>Docket No: 03-CV-00277-DBH |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

Now come the Plaintiff, First Student, Inc., and the Defendant, Bath School Department, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Dated: 04/21/04                                    /s/ Clifford H. Ruprecht
                                                                 Clifford H. Ruprecht

                                                                 PIERCE ATWOOD
                                                                 One Monument Square
                                                                 Portland, ME  04101
                                                                 (207) 791-1100
                                                                 cruprecht@pierceatwood.com
                                                                 *Attorneys for Plaintiff First Student, Inc.*

- 2 -

Dated: April 27, 2004                              /s/ Deirdre M. Smith
                                                   Deirdre M. Smith

                                                   DRUMMOND, WOODSUM &
                                                   MACMAHON
                                                   245 Commercial Street
                                                   P.O. Box 9781
                                                   Portland, ME  04104
                                                   (207) 772-1941
                                                   dsmith@dwmlaw.com
                                                   *Attorneys for Defendant Bath School*
                                                   *Department*

- 3 -

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 27, 2004, I electronically filed the Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to counsel record: Clifford H. Ruprecht.


Dated April 27, 2004

                                 Deirdre M. Smith